RUSSELL B. PHILLIPS ET AL., PARTNERS, ETC., RESPONDENTS, v. TOWNSHIP COUNCIL OF THE TOWNSHIP OF TEANECK ET AL., APPELLANTS.

Submitted February 17, 1939—Decided April 21, 1939.

For the respondents, *Davies & Davies.*

For the appellants, *Donald M. Waesche.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, DONGES, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ.   12.

*For reversal*—None.